UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:07CR271-09 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| GWENDOLYN WARD, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Nancy A. Vecchiarelli, regarding the change of plea hearing of , which was referred to the Magistrate Judge with the consent of the parties.

On May 8, 2007, the government filed a twenty-two count indictment, charging Defendant Ward, with Conspiracy to Commit Bank Fraud in violation of Title 18 United States Code, Section 371; Bank Fraud in violation of Title 18 United States Code, Section1344(1)(2); Forging Securities in violation of Title 18 United States Code, Section 513; and Theft of Mail violation of Title 18, United States Code, Section 1708. On May 31, 2007, Defendant Ward was arraigned and entered a plea of not guilty before Magistrate Judge Patricia A. Hemann. On September 13, 2007, Magistrate Judge Nancy A. Vecchiarelli received Defendant Ward's plea of

guilty to counts one, two, eight and nineteen of the indictment and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Ward is found to be competent to enter a plea and to understand her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Ward is adjudged guilty of Counts 1, 2, 8 and 19 of the indictment, in violation of Title 18 United States Code, Section 371; Title 18 United States Code, Section 1344(1)(2); Title 18 United States Code, Section 513(a); and Title 18 United States Code, Section 1708.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE